IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISHNA PRASAD ADHIKARI, *et al.*, | ) |
| Movants, | ) Civil Action No. 1:20-mc-29-CKK |
| v. | ) |
| HALLIBURTON COMPANY, *et al.*, | ) |
| Respondents. | ) |

## **STATUS REPORT**

Plaintiffs submit this status report on behalf of both parties pursuant to this Court's Order of July 1, 2020, directing the parties to indicate if a further stay is necessary or if the matter has been resolved. Counsel for Respondents has reviewed and approved of this report. The parties report that a further stay is warranted.[1]

This miscellaneous action is a motion to enforce two third-party subpoenas. After the Plaintiffs filed the present motion to compel, Respondents Halliburton Company and Halliburton Energy Service, Inc. (collectively "Halliburton") contacted Plaintiffs and expressed their intention to voluntarily comply with the subpoenas.

---

[1] Halliburton has advised Plaintiffs that it does not believe this Court is the correct forum to adjudicate any disputes that might arise regarding the subpoena, but as noted below, both parties are working diligently to address the subpoena. For that reason, Halliburton does not wish to burden the Court with jurisdictional matters while the parties work together to resolve the subpoena. Plaintiffs disagree with Halliburton's position on venue, as previously articulated to the Court. *See* Dkt. 3. But Plaintiffs agree with Halliburton that this issue should not be adjudicated at this time as the parties are working cooperatively towards resolution.

Plaintiffs and Halliburton have worked diligently to identify and compile material potentially responsive to the subpoena and to resolve issues between them. The parties have done so notwithstanding that Halliburton has not owned the business and employees relevant to the subpoena for approximately 14 years, and notwithstanding that the parties have been dislocated and faced other challenges operating in a COVID-19 environment. For example, Plaintiffs have identified former Halliburton employees and Halliburton offices relevant to their requests for production. Plaintiffs have also suggested search-terms Halliburton could use to search for electronically stored information ("ESI"), and they have provided Halliburton with a list of relevant congressional hearings that Halliburton's D.C.-based government affairs office was likely involved with, in order to facilitate Halliburton's search for documents relating to these hearings.

Halliburton has determined it does not have ESI from the relevant employees Plaintiffs identified. Halliburton is currently in the process of identifying other potential custodians from the relevant offices, including its government-affairs office, and it is ascertaining whether any ESI from those custodians exists. Halliburton is also in the process of searching for hard copy documents, including documents related to the congressional hearings identified by Plaintiffs. Halliburton needs more time to complete these tasks.

The parties continue to believe they will resolve this matter without the Court's intervention, so they respectfully request an additional 30 day stay.

Dated: August 31, 2020

Respectfully Submitted,

/s/ Agnieszka M. Fryszman
Agnieszka M. Fryszman
Attorney in charge (# 459208)
Nicholas Jacques
**COHEN MILSTEIN SELLERS &
TOLL PLLC**

1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afryszman@cohenmilstein.com
njacques@cohenmilstein.com

Paul L. Hoffman
John Washington
**SCHONBRUN SEPLOW HARRIS & HOFFMAN L.L.P.**
1543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Fax: (310) 396-7040
hoffpaul@aol.com
jwashington@sshhlaw.com

*Counsel for Movants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2020, I electronically filed the foregoing Status Report with the Clerk of the Court using the ECF and that I sent the same to counsel for Halliburton Company and Halliburton Energy Services, Inc., Gayle Littleton of Jenner & Block LLP via electronic mail.

Dated: August 31, 2020        /s/ Agnieszka M. Fryszman
                     Agnieszka M. Fryszman