IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISHNA PRASAD ADHIKARI, *et al.*, ) <br> ) <br> Movants, ) <br> ) <br> v. ) <br> ) <br> HALLIBURTON COMPANY, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 1:20-mc-29-CKK |

## **STATUS REPORT**

Plaintiffs submit this status report on behalf of both parties pursuant to this Court's Minute Order of August 31, 2020, directing the parties to file either a notice of dismissal or a status report. Counsel for Respondents has reviewed and approved of this report. The parties report that a further stay is warranted.

This miscellaneous action is a motion to enforce two third-party subpoenas.[1] After the Plaintiffs filed the present motion to compel, Respondents Halliburton Company and Halliburton Energy Service, Inc. (collectively "Halliburton") contacted Plaintiffs and expressed their intention to voluntarily comply with the subpoenas. As detailed in the parties' August 31, 2020, Status Report, the parties have since worked cooperatively to resolve this matter.

---

[1] As noted in the status report filed on August 31, 2020, Halliburton has advised Plaintiffs that it does not believe this Court is the correct forum to adjudicate any disputes that might arise regarding the subpoena, but as noted below, both parties are working diligently to address the subpoena. For that reason, Halliburton does not wish to burden the Court with jurisdictional matters while the parties work together to resolve the subpoena. As further noted in the August 31 status report, Plaintiffs disagree with Halliburton's position on venue, as previously articulated to the Court. *See* Dkt. 3. But Plaintiffs agree with Halliburton that this issue should not be adjudicated at this time as the parties are working cooperatively towards resolution.

The parties continue to work cooperatively. Halliburton produced a small number of documents to Plaintiffs on September 21. Halliburton expects to complete production of hard-copy documents within the next 15 days. Halliburton is still verifying whether certain electronically stored information ("ESI") exists and will then need time to review this ESI, so it cannot presently give a definite timeline for completing its production of ESI. Halliburton expects to update Plaintiffs on its efforts next week.

The parties continue to believe they will resolve this matter without the Court's intervention, so they respectfully request an additional 30-day stay.

Dated: September 30, 2020

Respectfully Submitted,

/s/ Agnieszka M. Fryszman
Agnieszka M. Fryszman
Attorney in charge (# 459208)
Nicholas Jacques
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afryszman@cohenmilstein.com
njacques@cohenmilstein.com

Paul L. Hoffman
John Washington
**SCHONBRUN SEPLOW HARRIS & HOFFMAN L.L.P.**
1543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Fax: (310) 396-7040
hoffpaul@aol.com
jwashington@sshhlaw.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, I electronically filed the foregoing Status Report with the Clerk of the Court using the ECF and that I sent the same to counsel for Halliburton Company and Halliburton Energy Services, Inc., Gayle Littleton of Jenner & Block LLP, via electronic mail.

Dated:    September 30, 2020                                /s/ Agnieszka M. Fryszman
                                                            Agnieszka M. Fryszman